IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL NAIFY REVOCABLE TRUST et al., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. _____/ | No. C 09-1604 CRB <br><br> **ORDER TO PROVIDE SUPPLEMENTAL BRIEFING** |

    The Court orders that the parties submit further briefing on the following question: Assuming the Court agrees with the Government that post-death events are relevant to the tax determination at issue in this case, but disagrees that judicial estoppel applies, is this case subject to resolution on a motion for judgment on the pleadings?  Or must the case go forward toward a fact determination as to the value of the claim on the date of death?

    The Government shall submit a brief no later than February 19, 2010.  Plaintiff shall respond no later than February 26.  A reply, if the Government wishes to file one, shall be filed by March 5.  Opening briefs should be no more than 10 pages, and the reply no more

///

///

///

1 | than 5 pages.
2 | **IT IS SO ORDERED.**

Dated: February 4, 2010

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE