1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  THOMAS M. NEWMAN (NYSBN 4256178)
   Assistant United States Attorney
3   9th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
4   San Francisco, CA 94102
    Telephone:    (415) 436-6805
5   Fax:          (415) 436-6748

6  Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **MARSHALL NAIFY REVOCABLE TRUST, MICHAEL NAIFY, TRUSTEE, SUCCESSOR IN INTEREST TO THE ESTATE OF MARSHALL NAIFY,**<br><br>**Plaintiff,**<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>**Defendant.** | No. 09-cv-1604-CRB<br><br>**<u>STIPULATION TO EXTEND TIME</u>** |

    1.    This stipulation is submitted to extend the time for the defendant, the United States, to file a further reply brief pursuant to this Court's Order dated February 4, 2010, and the subsequent Order extending the time for plaintiffs to file a response. (Docket Nos. 20 & 25).

    2.    The government's reply brief is currently due on March 19, 2010. The parties stipulate to extend the time for the reply brief until March 22, 2010.

    3.    The reason for the extension is as follows: (1) on March 18, 2010, counsel for the United States learned that IRS employees were subpoenaed to testify at depositions in a case unrelated to this matter; (2) the subpoenas, and the underlying state court case, were unknown to (counsel for) the United states until today, March 18, 2010, and (3) an attorney for the United States must appear at these depositions to defendant these employees which are scheduled for tomorrow at a location that is not currently know. For these reasons, the government requests an

1  extension until Monday, March 22, 2010 to file its reply.

2

3

4  Dated March 18, 2010                    Respectfully submitted,
                                           JOSEPH P. RUSSONIELLO
5                                          United States Attorney

6
                                           */s/ Thomas M. Newman*
7                                          THOMAS M. NEWMAN
                                           Assistant United States Attorney
8                                          Tax Division

9

10 Date: March 18, 2010                    /s/Thomas F. Carlucci
                                           Attorney for Plaintiffs
11                                         FOLEY & LARDNER LLP
                                           One Maritime Plaza, Sixth Floor
12                                         San Francisco, CA 94111-3409
                                           Telephone: 415.434.4484
13                                         Facsimile: 415.434.4507

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Stipulation to Extend Time*
**09-cv-1604-CRB**                    -2-

# IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **MARSHALL NAIFY REVOCABLE TRUST, MICHAEL NAIFY, TRUSTEE, SUCCESSOR IN INTEREST TO THE ESTATE OF MARSHALL NAIFY,** )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>**Defendant.** )<br>_____) | No. 09-cv-1604-CRB<br><br><br>**ORDER** |

IT IS SO ORDERED.

Signed:  March 23, 2010

_____
CHARLES R. BREYER
U.S. DISTRICT COURT JUDGE



*Stipulation to Extend Time*
**09-cv-1604-CRB**                               -3-