United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARSHALL NAIFY REVOCABLE TRUST,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.

No. C 09-01604 CRB

**ORDER FOR SUPPLEMENTAL BRIEFING**

The Government is ordered to respond to the following question:

Would it have been consistent with IRS practice to permit the Estate, after its settlement with the California Franchise Tax Board, to file an amended or supplemental estate tax return listing the settlement amount as a deduction?

The Government is ordered to file a response not to exceed five pages by August 16.

Plaintiff, if it wishes, may similarly file a response not to exceed five pages by August 16.

**IT IS SO ORDERED.**

Dated: August 9, 2010

                                        CHARLES R. BREYER
                                        UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\1604\Supplemental Briefing Order #3.wpd