IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL NAIFY REVOCABLE TRUST,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant.<br>_____/ | No. C 09-1604 CRB<br><br>**ORDER** |

     This Court is in receipt of the parties' stipulations to extend Plaintiff's deadlines to respond to this Court's supplemental briefing orders. One stipulation requests and extension to August 23, and the other requests an extension to September 3. September 3 being an inconvenient date for the Court, Plaintiff's deadline to respond to both supplemental briefing orders is hereby set for August 23, 2010.

**IT IS SO ORDERED.**

Dated: August 12, 2010

                                         CHARLES R. BREYER
                                         UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\1604\Scheduling Order.wpd